*In re* RIBAS DOMINICCI, ERNESTINA RODRÍGUEZ RODRÍGUEZ, JORGE E. CASTRO JIMÉNEZ, ENRIQUE PESQUERA COBIÁN, JUAN E. NÁTER SANTANA y JOSÉ ANTONIO GARCÍA ORTIZ.

*Números:* MC-89-30
MC-88-40

*Resueltos:* 4 de septiembre de 1992

*Juan E. Náter Santana, pro se; José Antonio García Ortiz, pro se; Nora L. Rodríguez Matías, Carmen I. Navas, Elizabeth Álvarez de Barbosa, Carmen Cintrón Ferrer, Evelyn Benvenutti Toro, Israel Pacheco Acevedo, José Aníbal Ortiz Lozada,* del Colegio de Abogados de Puerto Rico.

Sala integrada por su Presidente, el Juez Asociado Señor

Negrón García, y los Jueces Asociados Señor Alonso Alonso y Señor Fuster Berlingeri.

## RESOLUCIÓN

El Tribunal se da por enterado de las mociones informativas del Colegio de Abogados de Puerto Rico presentadas el 2 y 3 de septiembre de 1992.

Examinada la Moción Urgente de Reconsideración del Lcdo. Juan E. Náter Santana, a la luz de sus comparecencias ulteriores, y la Moción Informativa y en Auxilio del Lcdo. José Antonio García Ortiz, se les reinstala únicamente al ejercicio de la abogacía. Sus peticiones en cuanto a la notaría estarán sujetas a los resultados de la inspección que de sus obras notariales haga la Oficina del Director de Inspección de Notarías.

Se le concede al Lcdo. Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías un término de treinta (30) días para someter los informes correspondientes.

Vistas las mociones informativas del Colegio de Abogados de Puerto Rico, notamos que los Lcdos. Salvador Ribas Dominicci, Ernestina Rodríguez Rodríguez, Jorge E. Castro Jiménez y Enrique Pesquera Cobián no han comparecido ante este Tribunal a mostrar causa, según les fuera requerido en nuestras Resoluciones de 19 de junio y 17 de julio de 1992.

*Notifíquese por teléfono y por la vía escrita.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*